Joel E. Tasca
Nevada Bar No. 14124
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone:  702.471.7000
Facsimile:  702.471.7070
tasca@ballardspahr.com

*Attorneys for Defendant*
*JPMorgan Chase Bank, National Association*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Faustino Patricio,<br><br>        Plaintiff,<br><br>v.<br><br>Experian Information Solutions, Inc.; and JPMorgan Chase Bank, NA,<br><br>        Defendants. | Case No.   2:21-cv-01148-JCM-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR JPMORGAN CHASE BANK, NATIONAL ASSOCIATION TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>(Second Request) |

The response of Defendant JPMorgan Chase Bank, National Association ("Chase") to Plaintiff Faustino Patricio's Complaint (ECF No. 1) currently is due September 9, 2021. Chase has requested, and Plaintiff has agreed, that Chase has up to and including September 23, 2021 to respond to Plaintiff's Complaint, to provide time for Chase to investigate Plaintiff's allegations and to prepare a response.

*[Continued on following page.]*

This is the second request for an extension, and it is made in good faith and not for purposes of delay.

Dated: September 8, 2021

| BALLARD SPAHR LLP | KIND LAW |
|---|---|
| By: /s/ Joel E. Tasca<br>Joel E. Tasca<br>Nevada Bar No. 14124<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135<br><br>*Attorneys for Defendant*<br>*JPMorgan Chase, National Association* | By: /s/ Michael Kind<br>Michael Kind<br>Nevada Bar No. 13903<br>8860 South Maryland Pkwy, Ste. 106<br>Las Vegas, Nevada 89123<br><br>FREEDOM LAW FIRM<br><br>By: /s/ George Haines<br>George Haines<br>Nevada Bar No. 9411<br>Gerardo Avalos<br>Nevada Bar 15171<br>8985 S. Eastern Ave., Suite 350<br>Las Vegas, Nevada 89123<br><br>*Attorneys for Plaintiff* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 9-8-2021

2